IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHN T. POTTER                                     PLAINTIFF

v.                   CIVIL NO. 02-2270

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                     DEFENDANT

## ORDER

On this 17th day of April 2006, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to 42 U.S.C. § 406(b). For reasons set forth in the report and recommendation filed by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, on March 28, 2006, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $5,404.75 to be paid out of plaintiff's past due benefits. However, the $5,404.75 fee under Section 406(b) is offset by the $2400.00 previously awarded under the EAJA, as counsel must refund to the claimant the amount of the smaller fee.

IT IS SO ORDERED.

                                                     HON. ROBERT T. DAWSON
                                                     UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 17 2006
CHRIS R. JOHNSON, CLERK
BY        DEPUTY CLERK

AO72A
(Rev. 8/82)